1  MCGREGOR W. SCOTT
   United States Attorney
2  SAMUEL WONG
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2772

5  Attorneys for Plaintiff
   United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:01-CR-153 GEB |
|---|---|
| Plaintiff, | STIPULATION TO WITHDRAW AND DISMISS DEFENDANT'S MOTION FOR SENTENCE REDUCTION AND ORDER THEREON |
| v. | |
| PARISH MICHAEL SHERMAN, | COURT: Hon. Garland E. Burrell, Jr. |
| Defendant. | |

Whereas, defendant Parish Michael Sherman, in pro per, previously filed a Motion For Reduction Of Sentence Pursuant To 18 U.S.C. § 3582(c)(2) on February 1, 2012, and an Amended Motion For Reduction Of Sentence Pursuant To 18 U.S.C. § 3582(c)(2), on February 9, 2012;

Whereas, on November 13, 2013, Assistant United States Attorney Samuel Wong contacted by email Assistant Federal Defender David Porter, who formerly represented Mr. Sherman, and inquired:

> Mr. Sherman's motion for a sentence reduction is inappropriate as he was sentenced as a career offender, who received a USSG Section 5K1.1 motion for a downward departure for substantial assistance to law enforcement. Thus, his sentence was not determined based on a sentencing guideline that was subsequently lowered by the Sentencing Commission, the district court lacks jurisdiction to reduce his sentence, and he is not entitled to a sentence reduction, notwithstanding any post-conviction reduction in the sentencing guidelines for crack cocaine.
>
> Please advise me how does Mr. Sherman want to proceed at this point. Does he want to withdraw his motion? Or does he want the United States to file a formal opposition memorandum in response to his motion?

1

| | |
|---|---|
| 1 | Whereas, Assistant Federal Defender David Porter responded and advised Assistant United States Attorney Samuel Wong by email dated November 20, 2013, that stated, in part: |

> Mr. Sherman has changed his mind and does not want you to have to formally respond to his motion. I'll be sending him a notice of voluntary dismissal of his motion to sign and date, and as soon as I receive it back, I'll file it with the court.

Whereas, a voluntary dismissal of Mr. Sherman's motion for a sentence reduction was never filed;

Whereas, Mr. Sherman completed service of the incarceration portion of his sentence on June 30, 2016; and

Whereas, Mr. Sherman continues to represent himself in pro per and desires to withdraw his motions for a sentence reduction.

It is hereby stipulated by and between Mr. Sherman and the United States that both of Mr. Sherman's previously filed motions for reduction of sentence pursuant to 18 U.S.C. § 3582(c)(2), filed on February 1, 2012, and February 9, 2012, respectively, are hereby withdrawn and the Court shall dismiss such motions.

DATED: March 27, 2019

*/s/ Parish Michael Sherman*
_____
PARISH MICHAEL SHERMAN,
Defendant

DATED: March 22, 2019

MCGREGOR W. SCOTT
United States Attorney

By: /s/ Samuel Wong
_____
SAMUEL WONG
Assistant United States Attorney

# ORDER

The Court having received, read, and considered the parties' stipulation, and good cause appearing therefrom,

The Court adopts the parties' stipulation in its entirety as its ORDER. The motions for reduction of sentence pursuant to 18 U.S.C. § 3582(c)(2), filed on February 1, 2012, and February 9, 2012, respectively, by defendant Parish Michael Sherman are ORDERED withdrawn and dismissed.

It is so ORDERED.

Dated: April 4, 2019

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that he is an employee in the Office of the United States Attorney for the Eastern District of California and is a person of such age and discretion to be competent to serve papers.

That on April 1st, 2019, she served a copy of:

STIPULATION TO WITHDRAW AND DISMISS DEFENDANT'S MOTION FOR SENTENCE REDUCTION AND ORDER THEREON

by placing said copy in a postpaid envelope addressed to the person hereinafter named, at the place and address stated below, which is the last known address, and by depositing said envelope and its contents in the United States Mail addressed to:

Parish Sherman
7100 Shoreline Drive, #30
Stockton, California 95219

Dated: April 1, 2019

By: */s/ Frida V. Saenz*
FRIDA V. SAENZ